# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 5:21-cv-00463-MCS-PD | Date: June 22, 2021 |
| Title *Brint Earl Clark v. M. Martinez, et al.,* | |

Present: The Honorable: Patricia Donahue, U.S. Magistrate Judge

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal

On March 15, 2021, Plaintiff Brint Earl Clark, who is incarcerated at West Valley Detention Center ("WVDC"), filed a pro se civil rights complaint under 42 U.S.C. § 1983 against Defendants Lieutenant M. Martinez, Sergeant Marshall, Sergeant Garcia, Corporal Flores, and John Does 1-10. [Dkt. No. 1.] Plaintiff alleges that WVDC staff were deliberately indifferent to his medical and mental health needs in violation of the Eighth and Fourteenth Amendments following his placement into administrative segregation ("Ad-Seg") on August 26, 2020. [Id. at 5.] He also alleges that Defendants failed to protect him in violation of his rights under the Eighth and Fourteenth Amendments. [*Id*.]

On April 29, 2021, the Court dismissed the Complaint with leave to amend. [Dkt. No. 5.] The Court ordered Plaintiff to file, no later **than June 1, 2021**, a First Amended Complaint that corrected the defects identified by the Court in its April 29, 2021 Order. [*Id*.] More than three weeks have passed since Plaintiff's First Amended Complaint was due, and Plaintiff has neither filed his First Amended Complaint nor communicated with the Court about his case since the Court's April 29, 2021 Order was filed.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute

or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's April 29, 2021 Order.

However, in the interests of justice, **Plaintiff is ORDERED TO SHOW CAUSE on or before July 9, 2021**, why the Court should not recommend that this action be dismissed for failure to prosecute.

Plaintiff may discharge this Order by filing:

(1) a request setting forth good cause for an extension of time to file a First Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's April 29, 2021 Order; or
(2) a First Amended Complaint.

Alternatively, if Plaintiff does not wish to pursue this action, he may file a signed document entitled "Notice of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A). **The Clerk is directed to provide Plaintiff with a Form CV-09 Notice of Dismissal.**

Plaintiff is advised that the failure to timely comply with this order may result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.

**IT IS SO ORDERED**.

Initials of Preparer       :
                          im