JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRINT CLARK, | Case No. 5:21-cv-00463-MCS-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| M. MARTINEZ, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action for Failure to Prosecute,

JUDGMENT IS HEREBY entered dismissing the action without prejudice.

Dated: August 06, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE